UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>v.<br><br>CLINTON CURRY,<br><br>  Defendant. | Case No. 2:24-CR-00044-AKB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by United States Magistrate Judge Raymond Patricco. ECF No. 34. On September 16, 2024, Clinton Curry, the Defendant, appeared before Judge Patricco to enter a change of plea pursuant to a written Plea Agreement. *Id.* at 1. Judge Patricco conducted the plea hearing and concluded that there is a factual basis for Curry's plea of guilty to the charges contained in Count One of the Indictment. *Id.*; ECF No. 2. Judge Patricco also found that Curry entered his plea voluntarily and with full knowledge of the consequences. ECF No. 34 at 1. No objections to the Report and Recommendation have been filed.

The Court has now reviewed the record and finds that the requirements of Federal Rule of Criminal Procedure 11 have been met. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1118-1122 (9th Cir. 2003) (en banc). Specifically, the

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Court finds that Judge Patricco adhered to the requirements of Rule 11(b), that under Rule 11(b)(2) Curry's plea was knowing and voluntary and not the result of force, threats or promises not in the plea agreement, and that a factual basis for the plea exists. *See id.*

THEREFORE IT IS HEREBY ORDERED that Judge Patricco's Report and Recommendation (ECF No. 34) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to the crimes charged in Cout One of the Indictment (ECF No. 2) shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that the Defendant is adjudged GUILTY of the applicable crime charged in Count One of the Indictment (ECF No.2).

IT IS SO ORDERED.

DATED: October 01, 2024

Richard C. Tallman
Richard C. Tallman
UNITED STATES CIRCUIT JUDGE